## 37939. YARBOROUGH v. YARBOROUGH.

PER CURIAM.

Appeal dismissed for failure to follow the application procedures set forth in Code Ann. § 6-701.1. See *Fields v. Fields,* 247 Ga. 437 (276 SE2d 614) (1981).

*Appeal dismissed. Jordan, C. J., Hill, P. J., Marshall, Clarke and Gregory, JJ., concur. Smith, J., not participating.*

DECIDED OCTOBER 8, 1981.

*Michael A. Kessler,* for appellant.

*Bird, Scherffius, Flexner & Cronkright, Andrew M. Scherffius,* for appellee.